*Kevin H. Sharp* (signature)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | NO. 3:11-CR-00012-6 |
| v. ) | |
| ) | JUDGE SHARP |
| **SHATIKA DIX** ) | |

## MOTION TO AMEND AND/OR CORRECT ORDER

Shatika Dix, through counsel, requests the Court amend and/or correct the Order (Docket No. 1626) entered July 12, 2013. In support, defense counsel would show.

1. The Court held a status conference on July 11, 2013 to review and discuss numerous pending motions, including defendant's motion to continue. An Order was entered on July 12, 2013 (Docket No. 1626).

2. On page 2 paragraph (4) of the Order, the Court makes the following finding:

> The Court is concerned with the apparent conflicting representations and, in any event, a lawyer appointed as counsel should be prepared to try the case when scheduled. Nevertheless, the Court allows the requested continuance because it is in the interest of justice for Ms. Dix to be represented at trial by an attorney who is prepared and able to provide effective assistance of counsel as required by the Sixth Amendment.

(Docket No. 1626, p. 2)

3. Counsel requested transcription of the July 11 status conference, and has carefully reviewed the transcript (Docket No. 1695). Counsel has also carefully reviewed the motion and declaration filed prior to the status conference, which were discussed and/or referred to at the status conference (Docket Nos. 1610 & 1612).

4. There were no conflicting representations, apparent or otherwise.