*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | NO. 3:11-cr-00012-6 |
| v. | ) | |
| | ) | JUDGE SHARP |
| **SHATIKA DIX** | ) | |

## UNOPPOSED MOTION TO CONTINUE

Defendant Shatika Dix moves the Court for an order continuing the April 8, 2014 1:30 p.m. hearing on the United States Probation Officer's Petition, to a date after April 15, 2014, convenient to the Court's calendar (Docket No. 2035). In support, defendant submits the attached declaration of counsel and would show that counsel has a previously scheduled commitment on April 8, 2014, and is unavailable on that date and time. The government does not oppose a continuance in this matter and the U.S. Probation Officer has been advised of defendant's motion.

**WHEREFORE, PREMISES CONSIDERED**, defendant moves the Court for an order continuing the April 8, 2014 hearing to a date after April 15, 2014, convenient to the Court's calendar.

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)

**Terry & Gore**
1200 16th Avenue, South
Nashville, TN 37212
(615) 321-2750 office
(615) 250-4915 fax