UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 11-00012-6 |
| | ) | Judge Sharp |
| SHATIKA DIX | ) | |

## ORDER

The Court is in receipt of a Memorandum from Pretrial Services stating that after the hearing on April 8, 2014, Defendant did not report to the probation office for monthly reporting and a drug screen as instructed by her Probation and Pretrial Services Officer. Attached hereto is a copy of that Memorandum.

On or before noon on April 10, 2014, Defendant shall file a response to the Memorandum explaining whether the representations therein are accurate and, if so, providing legal authority for Defendant's failure to comply as instructed. If Defendant takes issue with what is represented in the Memorandum, that, too, shall be specifically addressed in Defendant's filing.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE