UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:11-00012-6 |
| | ) | Judge Sharp |
| SHATIKA DIX | ) | |

## ORDER

The Court is in receipt of a Memorandum from Pretrial Services regarding Defendant's alleged failure to comply with the probation officer's directions on April 8, 2014.

Defendant is hereby ORDERED to appear on or before noon on April 11, 2014 at the United States Probation and Pretrial Services office for monthly reporting and to submit to a drug screen.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE