UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 3:11-00012** |
| **v.** | ) | **Judge Sharp** |
| | ) | |
| **SHATIKA DIX [6]** | ) | |
| | ) | |

**O R D E R**

Due to a calendar conflict, the revocation hearing scheduled for April 21, 2014, at 4:00 p.m. is hereby rescheduled for 1:30 p.m. the same day.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE