IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:11-cr-00012-6 |
| v. | ) | |
| | ) | JUDGE SHARP |
| SHATIKA DIX | ) | |

## MOTION TO CONSOLIDATE

Defendant, Shatika Dix, moves the Court for an order consolidating the United States Probation Office's April 16, 2014 memorandum and the March 31, 2014 petition for action on conditions of release, for hearing on April 21, 2014 at 1:30 p.m. (Docket No. 2046). In support defendant would show that the memorandum and petition for action should be consolidated and all circumstances considered at the April 16, 2014 hearing. Defendant will be prepared to respond and suggest remedy.

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)

**Terry & Gore**
1200 16th Avenue, South
Nashville, TN  37212
(615) 321-2750 office
(615) 250-4915 fax