IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:11-cr-00012-6 |
| v. | ) | |
| | ) | JUDGE SHARP |
| SHATIKA DIX | ) | |

## MOTION TO STRIKE

Defendant, Shatika Dix moves to strike the Motion to Set Status Conference filed on June 2, 2014 (Docket No. 2166). The relief sought therein is unnecessary at this time.

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)

**Terry & Gore**
1200 16th Avenue, South
Nashville, TN 37212
(615) 321-2750 office
(615) 250-4915 fax

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was served, if registered, via the Court's electronic filing system or, if not registered, deposited in the United States Mail, postage prepaid, to the following: Lynn Ingram, Office of the United States Attorney, 110 Ninth Avenue, S., Suite A961, Nashville, TN 37203-3870; Angela Rankin, U.S. Probation Officer, 110 9th Avenue South, Suite A725, Nashville, TN 37203 on this 4th day of June 2014.

s/ Michael E. Terry
MICHAEL E. TERRY
Counsel for Defendant