UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:11-00012 |
| v. | ) | Judge Sharp |
| | ) | |
| SHATIKA DIX [6] | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 2335) to which the Government does not oppose.

The motion is GRANTED. The sentencing hearing scheduled for October 27, 2014, is hereby rescheduled for Wednesday, January 7, 2015, 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE